Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

*Eastern* District of *California*

*Sacramento* Division

|  |  |
|---|---|
| | **FILED** |
| | **Sep 15, 2023** |
| | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Case No.     **2:23-cv-2008 DB (PC)**

*(to be filled in by the Clerk's Office)*

*Billy Ray S. Maldonado*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

–v–

*Mule Creek State Prison*

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      *Billy Ray S. Mahdada-do*

All other names by which
you have been known:

ID Number      *CDC#V30034 Hx11094670*

Current Institution      *Mule Creek State Prison*

Address      *P.O. Box 409089*

*Ione,*         *California*     *95640*

        City                 State         Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      *Hiring Authority of the Institution under state law*

Job or Title *(if known)*      *In charge of CDCR staff % - is the warden by law*

Shield Number

Employer      *State official Public office Employer*

Address      *4001 Hwy 104 P.O. Box 409099*

*Ione,*        *California*     *95640*

        City                 State         Zip Code

[✓] Individual capacity     [✓] Official capacity

Defendant No. 2

Name      *L. Ables*

Job or Title *(if known)*      *Supervisor Second watch CDC staff % Sergeant*

Shield Number

Employer      *CDC state Employer*

Address      *4001 Hwy 104 P.O. Box 409099*

*Ione,*        *California*     *95640*

        City                 State         Zip Code

[✓] Individual capacity     [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name J. Falcon

Job or Title *(if known)* CDCR % Custodian

Shield Number

Employer CDC STATE EMPloyer

Address 4001 Hwy 104 P.o. Box 409099

Ione, California 95640
    *City*     *State*     *Zip Code*

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

    *City*     *State*     *Zip Code*

[ ] Individual capacity   [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

California Rules And Rebuttion Title 15 3084 The Right To Appeal CCI

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*violation of department Rules California Constitutions and U.S. Constitution, violates power of authority on sovereign land.*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (*check all that apply*):

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other (explain) *Patient is ADA under Colman/Armstrong/Clark media (Health) medical*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.
*CDC Staff % standard search cell. The enforcement of Judgement by reprisal the act of fabrication statement to make a right to read to intrude on patient state the word contraband was left out by the office of grievance decision to cover for one another to sound good and look good. Disciplinary intimidation Harassment misconduct uniform code of conduct. Demen Belts Grand Jury by law of the State of California.                    March 25, 2023*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.
*State authorities remove patient out and is cold weather to search cell. If Falcon did not log. All time the cell confiscated. The arise of an incident prisoners with CDC to cause of two prisoner reprisal by the Ninth authority Patrick Covello Patient believes it was unlawful for the reprisal against the patient as for U.S. and U.S.A. 1983 civil complaint only by law when there is a wrong doing by CDC staff % militia General to cause friction to it under their own authority they are bullshit Americans. They all come from fuckup families real fuckup people suck!*

C.  What date and approximate time did the events giving rise to your claim(s) occur? *BeTween 09:00 To 01:00:00 Hours  MARCH 15 2023 PATIENT Has no Right To lie About like CDC does They should get Admited with out no PAY when CDC STATE EMPLOYEES VIOLATE law in The JUSTICE SYSTEM To Be Be Add To FABRICATE IT All STAGED by Their own AuThoriTies whistleblowers.*

D.  What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)* PATIENT HAD No Ruling Pens To write with For legal MATERIAL of law leTTers To STAY in Touch with ATTorney write leTTers And Music PATIENT AddRess To EoP MenTAl HealTh CliniC/AS The so Call CUSTodin CCI Counselor who only THinks but does noThing They have liTTle EducATion And no PSYChology The numerous To Their SenioR SuperVisor CDC STAFF Cause All ThAT RESTATIon WAS NEVER ouT of oRder BACK WAS NoNE of The iTems by CDC STAFF NoThing was RETurn.

V.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. *EXCRUCATING PAiN ANd SUFFERING DETPRESSioN ANXiETY STRESS PARANDIA ANGUISH, unAble To SLEEP PSYCHE MEDICATION CAUSE MORE SEVER DEPRESSioN FoR A PACK of lies PATIENT WAS NOT INTERVIEWED EITHER The TiTle 15 is INSIDE The CDC TITlE15 HAS No FiRST AmendmenT by law whiCh WAS RemoVe by The DISTRIC CourT PATIENT HAS No Solid GRounD To STAND on CounTS of STATE lAW PATiENT MoVE To ThAT CEll 112 A.T. MCSP-0310-STANDARD CEll SEPARATiON PATiENT PENS WERE oRDER ThRouGh VENDER WALKENHORSTS ThAT is NoT A VIOLATioN oF Policy iT The INTERPRETATioN by CDC STAFF-STATE law OFFICIAl The APPEALS OFFICE MEDICAl PHYSICAl MenTAl HealTh lab blood CounTs DEFICiENCIE of whiTe bloods CEll ThyRoid CoNDiTioN.*

VI.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. *CDC STATE OFFiCIAl HAVE ViolATEd NUMERous STATE law To Their own ConstiTuTion They HAVE losT RESPECT FoR The lAWS And AuThoRiTY They SERViCE in A CourT oF JUSTICE SwoRN in under OATH 1. The PATiENT REQUEST To The U.S. DiStRicT CourT PRoVide INJUNCTioN FoR MEDICAl ANd MENTAl RELiEF beCAuse The PATiENT believes This will HAPPEN AGAiN. The PATiENT is iN ConsTANT FEAR AT Mule CREEK 2. MoNETERY DAMAGES $550,000 - PUNiTiVE DAMAGES $350,000 - MENTAl ANGuish $450,000. 3. A PRiVATE, ThoRouGh iNVESTiGATioN iNTo CDC You L FAlCoN L. Ables, AlSo The HiRiNG AuThoRiTY R CovAllo FoR MisleADiNG AbuSiNG TiTlE 15 iN His PosiTioN TiTlE PERFoRMANCE AS A PEACE OFFiCER who losT RESPECT FoR The law ANd STATE He SERViCES uNDER oATH.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *CDC Mule Creek State Prison, Ione California 95640*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *The Right to Appeal under State Law California Rules Regulation CDC Title 15 states Law.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance? *Cal Mule desert state Prison*

2.  What did you claim in your grievance? *the Right to Appeal Title is a Right for a wrong on Enforcement or Judgment Professional negligences*

3.  What was the result, if any? *This decision by the office of Appeals denied.*

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
*This decision exhausts the Administrative Remedies Available to the Claimant within CDCR*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. THE ABUSE MENT of AUTHORITY IN THEIR GOOD JUDGMENT OF INTERPRETATION OF CALIFORNIA RULES AND REGULATIONS TITLE 15 3084.1 C. VIOLATION OF DEPARTMENT RULES RIBBING STATE LAW WHICH IS STATED UNDER OATH. CDC STAFF'S BEHAVIOR MODIFICATION

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* TWO EXHIBITS DOCUMENTS. CDC OFFICE OF APPEALS DECISION.

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)   *Billy Ray S. Maldonado*
Defendant(s)   *California Department of Corrections*

2.  Court *(if federal court, name the district; if state court, name the county and State)*

*U.S. District Court For The Eastern District of California*

3.  Docket or index number

*2:23-cv-0008-WC-DB*

4.  Name of Judge assigned to your case

*Hon. Daniel J. Cavaretta*

5.  Approximate date of filing lawsuit

*June 14, 2023*

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.  *That do Claim was file*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* *(ECF no 12) Are Adopted in Full;*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *No*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   September 13, 2023

Signature of Plaintiff   Billy Ray Mattona-do

Printed Name of Plaintiff   Billy Ray Mattona-do

Prison Identification #   V30034 HX11094470

Prison Address   P.O. Box 409089   M.C.S.P.

Ione,   California   95640
City   State   Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney   Mary Hill

Bar Number   #370085

Name of Law Firm   Law Office of the Public Defender County of Sonoma

Address   Room 111-J, Hall of Justice 600 Administrative Drive

Santa Rosa,   California   95403
City   State   Zip Code

Telephone Number

E-mail Address   Mary.Hill@sonoma-county.org


CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** MALDONADO, BILLY RAY SHANEE          **Date:** 05/23/2023
**CDC#:** V30034

**Current Location:** MCSP-Facility B          **Current Area/Bed:** B 007 1 – 112001L

**Log #:** 000000383063

---

## Claim #: 001

**Received at Institution/Parole Region:**   Mule Creek State Prison
**Submitted to Facility/Parole District:**   Mule Creek State Prison
**Housing Area/Parole Unit:**      B 007 1
**Category:**   Offender Resources          **Sub-Category:**   Property

### I. CLAIM

The claimant alleges during a cell search, custody staff wrongfully confiscated seven ballpoint pens, ten colored ballpoint pens, four pencils, a glasses case, 38 hair ties, and a collection of stones. The claimant requests the items be replaced, returned, or to be reimbursed for the loss.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

CCR, Title 15, Section 3084.1, Right to Appeal.
CCR, Title 15, Section 3190, General Policy.
CCR, Title 15, Section 3191, Property Registration and Disposition.
CCR, Title 15, Section 3192, Possession and Exchange.
CCR, Title 15, Section 3193, Liability.
CCR, Title 15, Section 3391, Employee Conduct.
CCR, Title 15, Section 3481, Claimant's Ability to Grieve and to Appeal.
DOM, Section 54030, Inmate Property.

#### B. DOCUMENTS CONSIDERED

CDCR-602 Grievance Log # 383063.
MCSP-0310 Standard Cell Search.
Interview with staff.

### III. REASONING AND DECISION

An extensive review was completed of all relevant documents, information, and the interview regarding the claim staff wrongfully confiscated multiple items from the claimant. It was determined no violation of policy or procedure occurred, and the claim is not supported.

The MCSP-0310 Standard Cell Search was reviewed, noting the claimant's cell was searched on March 25, 2023. Staff documented during the course of the search, the following items were identified as contraband and confiscated: excess pens, rocks, altered headphone parts, altered state clothing, altered sheets, and clothes lines.

On Sunday, April 30, 2023, Correctional Sergeant L. Ables conducted an interview with Correctional Officer J. Falcon, who searched the claimant's cell. Officer Falcon stated he confiscated items out of the claimant's cell based on property requirements per policy. Officer Falcon specified the pens the claimant had in their cell were not approved per the California Department of Corrections and Rehabilitation (CDCR), as they were not clear. In addition, Officer

Falcon explained the other items confiscated in the cell were either not authorized for inmates to possess in their cells, or they were altered. This concluded the interview.

The evidence proves staff rightfully confiscated the items, as the items were contraband. Per the California Code of Regulations, Title 15, Section 3191(c) Property Registration and Disposition, "Inmate personal property not meeting the criteria in section 3190, shall be disposed of in accordance with this section."

Based on the aforementioned, the claim is denied. It was found by a preponderance of evidence available, all applicable policies and procedures were followed, and all relevant actions by departmental staff were proper.

**IV. Comments**


**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| B. Stacy [STBR017] | Reviewing Authority | 05/22/2023 |

**CALIFORNIA DEPARTMENT** *of*
**Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

**Offender Name:**  MALDONADO, BILLY RAY SHANEE

**CDC#:** V30034

**Current Location:**  MCSP-Facility D

**Date:**  08/16/2023

**Current Area/Bed:** D  018D1 – 105001L

**Log #:** 000000383063

---

**Claim #  001**

**Received at Institution/Parole Region:**   Mule Creek State Prison

**Submitted to Facility/Parole District:**   Mule Creek State Prison

**Housing Area/Parole Unit:** B  007 1

**Category:**  Offender Resources

**Sub-Category:** Property

### I. ISSUE ON APPEAL

You contend your personal property was improperly confiscated during a search of your cell at Mule Creek State Prison.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3001, 3006(c), 3190, 3193, 3270, 3287, and 3481; Department Operations Manual, section 54030.10.11

#### B. DOCUMENTS CONSIDERED

Form 602-1 Log No. 383063 and attachments; Form 602-2 Log No. 383063 and attachments

### III. REASONING AND DECISION

Staff left appellant a "Standard Cell Search" receipt following the search as required by departmental rules. Staff acted correctly and under the proper authority when confiscating appellant's disallowed/contraband property. Staff have a duty to confiscate contraband as it is discovered. Additionally, an interview with the officer responsible for the search confirmed that only those contraband items were removed from appellant's cell. A preponderance of evidence supports that staff have followed departmental policy concerning the search of appellant's cell. Thus, the claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 08/16/2023 |

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer]   FOR ANY IMPROPER POLICE   [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.   THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Billy Ray S. Maldonado | Billy Ray S. Maldonado | September 13, 2023 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Billy Ray S. Maldonado | Billy Ray S. Maldonado | V30036 | Sep 13, 2023 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant